

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2020

No. 04-20-00153-CV

**REVCAP, LLC**,
Appellant

v.

Charles J. **TROIS**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-23887
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Appellee's brief is due on May 4, 2020. *See* TEX. R. APP. P. 38.6(b). Before the due date, Appellee filed an unopposed motion to extend the brief due date to May 7, 2020.

Appellee's motion is GRANTED. The brief is due on May 7, 2020.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2020.

Michael A. Cruz,
Clerk of Court